In the Matter of the Claim of RUFUS E. RICHARDSON, Respondent, against GLOBE FORGE & FOUNDRIES, INC., and UTICA MUTUAL INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award made by the State Industrial Board. Claimant was employed as a machinist, and did grinding with an emery wheel. His hand became infected. The only issue raised by appellant is whether or not this condition was the result of an accidental injury received in the course of his employment. There is evidence to sustain a finding that the injury did so occur. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of WILLIAM VAN BUREN, Respondent, against M. VENER TRUCKING CORPORATION and GREAT AMERICAN INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant was injured while crossing the highway. He was the driver of one of the employer's trucks. He saw another truck belonging to his employer parked at a gas filling station and stopped on the opposite side of the highway intending to inquire if the other driver needed assistance. Before crossing the highway claimant learned there was no need for his aid but he started to cross in response to an invitation to have a drink from the other driver. The nature of the drink was not disclosed. He did not abandon his employment. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.